# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

148212

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MEDILODGE OF OXFORD, MEDILODGE OF
CLARKSTON, and MEDILODGE AT SQUARE
LAKE,
      Plaintiffs-Appellants,

v

SC: 148212
COA: 315526
Macomb CC: 2012-003666-AA

DEPARTMENT OF COMMUNITY HEALTH,
REGENCY ON THE LAKE NOVI,
BLOOMFIELD ORCHARD VILLA, MANOR OF
FARMINGTON HILLS, SENIOR COMMUNITY
AT PROVIDENCE PARK and SENIOR
COMMUNITY OF AUBURN HILLS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

t0519